1
 Mark Reaman, in his capacity as editor of the Crested Butte News, Petitioner/Cross-Respondent v. Andrew Brookhart, in his official capacity as the executive director and custodian of records of the Gunnison County Library District. Respondent/Cross-Petitioner No. 23SC823
Supreme Court of Colorado, En Banc
July 22, 2024
 
           Court
 of Appeals Case No. 22CA1119
 
 
 
          Petition
 and Cross-Petition for Writ of Certiorari DENIED.
 
 
           CHIEF
 JUSTICE BOATRIGHT would grant as to the following issues:
 
 
          Whether
 the Colorado court of appeals erred as a matter of law when
 it concluded that individuals who submitted Request for
 Reconsideration Forms to a library meet the definition of a
 "user" of a library "service" as defined
 in section 24-72-204(3)(a)(VII), C.R.S. (2023), and section
 24-90-119, C.R.S (2023).
 
 
          Whether
 the Colorado court of appeals erred as a matter of law in
 holding that identifying information of a person who submits
 a Request for Reconsideration Form to a library must be
 redacted from the form if it is produced under section
 24-72-204(3)(a)(VII), C.R.S. (2023), because the member of
 the public qualifies as a library "user," as such
 term is employed in that statute and section 24-90-119,
 C.R.S. (2023).
 
 
          Whether
 the court of appeals erred as a matter of law in applying the
 rules of statutory construction by ignoring the plain meaning
 of and legislative intent for section 24-72-204(3)(a)(VII),
 C.R.S. (2023), and section 24-90-119, C.R.S. (2023), and
 instead construed these statutes in a manner that engrafts an
 overly broad, impracticable, and absurd construction that the
 Colorado General Assembly could not have intended.